# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
Filed: January 16, 2018

| | | |
|---|---|---|
| * * * * * * * * * * * * * | * | UNPUBLISHED |
| MAKENNA WEAVER, | * | |
| | * | No. 16-1198V |
| Petitioner, | * | |
| | * | |
| v. | * | Chief Special Master Dorsey |
| | * | |
| SECRETARY OF HEALTH | * | Joint Stipulation of Dismissal; |
| AND HUMAN SERVICES, | * | Influenza Vaccination; Guillain- |
| | * | Barre Syndrome. |
| Respondent. | * | |
| | * | |
| * * * * * * * * * * * * * | * | |

Nicholas Edward Bunch, White, Getgey & Meyer, Cincinnati, Ohio, for petitioner.
Justine Walters, U.S. Department of Justice, Washington, DC, for respondent.

## ORDER CONCLUDING PROCEEDINGS[1]

On January 15, 2018, petitioner filed a joint stipulation of dismissal in the above-captioned case.

Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is hereby instructed that **JUDGMENT SHALL NOT ENTER** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

s/Nora Beth Dorsey
Nora Beth Dorsey
Chief Special Master

---

[1] Because this decision contains a reasoned explanation for the undersigned's action in this case, the undersigned intends to post this ruling on the website of the United States Court of Federal Claims, in accordance with the E-Government Act of 2002, 44 U.S.C. § 3501 note (2012)(Federal Management and Promotion of Electronic Government Services). As provided by Vaccine Rule 18(b), each party has 14 days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b).

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| MAKENNA WEAVER | |
| Petitioner | Case No.   16-01198 |
| v. | Chief Special Master |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | Nora Beth Dorsey |
| Respondent | |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties, the following matters:

1. On September 26, 2016, petitioner filed a Petition for Vaccine Compensation.

2. The parties hereby stipulate pursuant to Vaccine Rule 21(a) that this action shall be dismissed.

s/   *Justine Walters*  
Justine Walters  
Trial Attorney for Respondent  
Torts Branch, Civil Division  
U.S. Department of Justice  
P.O. Box 146  
Ben Franklin Station  
Washington, D.C. 20044-0146  

s/   *Nicholas E. Bunch*  
Nicholas E. Bunch  
Attorney for Petitioner  
White, Getgey & Meyer Co., L.P.A.  
1700 Fourth & Vine Tower  
1 West Fourth Street  
Cincinnati, Ohio 45202  
nbunch@wgmlpa.com

**E-filed:   January 15, 2018**